IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*,[1] | Bankruptcy Case No. 00-2426 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff, v. GE POWER SYSTEMS, Defendant. | Civil Action No. 04-607 GMS  Adversary Case No. 03-50496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff, v. GE INDUSTRIAL SYSTEMS, Defendant. | Civil Action No. 04-608 GMS  Adversary Case No. 03-50497 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff, v. GE ELECTRIC LIGHTING, Defendant. | Civil Action No. 04-609 GMS  Adversary Case No. 03-50498 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff, v. GE CORPORATE R&D, Defendant. | Civil Action No. 04-611 GMS  Adversary Case No. 03-50500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff, v. G E SUPPLY, Defendant. | Civil Action No. 04-613 GMS  Adversary Case No. 03-50502 PJW |

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

42125-003\DOCS_DE:112128.2

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE ELECTRICAL DISTRIBUTION AND CONTROL, *et al.*, Defendant. | Civil Action No. 04-614 GMS<br><br>Adversary Case No. 03-50504 PJW |

**AMENDED NOTICE OF COURT ORDERED STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY PROCEEDINGS SCHEDULED FOR STATUS/SCHEDULING TELEPHONE CONFERENCE ON FRIDAY, OCTOBER 14, 2005 AT 10:00 A.M.**

**Toll Free Dial In Number: (888) 422-7105 Participant Code: 856719**

PLEASE TAKE NOTICE that InaCom Corp., on behalf of all affiliated Debtors and the Plaintiff in the above-captioned cases, hereby submits the attached status report with respect to the matters set for hearing on October 14, 2005. (See Exhibit A attached hereto). Any party who chooses to participate in the status conference should dial-in approximately ten minutes prior to the conference start time using the above information.

Dated: October 13, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
Sandra G.M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for the Plaintiffs/Debtors

# Exhibit A

## ACCOUNTS RECEIVABLE MATTERS

| Civil Action No. | Defendants Name | Status |
|---|---|---|
| 04-607 | GE Power Systems, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-608 | GE Industrial Systems, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-609 | GE Electric Lighting, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-611 | GE Corporate R&D, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-613 | GE Supply, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-614 | GE Electrical Distribution And Control, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |

## CERTIFICATE OF SERVICE

I, Sandra G.M. Selzer, hereby certify that on this 13th day of October 2005, I caused a true and correct copy of the foregoing *Amended Notice Of Court Ordered Status Report With Respect To Certain Adversary Proceedings Scheduled For Status/Scheduling Telephone Conference On Friday, October 14, 2005 at 10:00 a.m.* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

_____
Sandra G.M. Selzer (Bar No. 4283)

ALL PARTIES BELOW SERVED VIA FACSIMILE

| RECIPIENT | FAX NO. | PHONE NO. |
|---|---|---|
|  |  |  |
| (Counsel to Defendant)<br>**PLEASE DELIVERY A COPY TO EACH:**<br>Daniel B. Rath, Esquire<br>Rebecca L. Butcher, Esquire<br>Landis Rath & Cobb LLP | 302-467-4450 | 302-467-4400 |
| (Counsel to Defendant)<br>Brian E. Farnan, Esquire<br>Phillips, Goldman & Spence, P.A. | 302-655-4210 | 302-655-4200 |
| (Counsel to Defendant)<br>Glenn M. Reisman, Esquire<br>Glenn M. Reisman Law Offices | 203-944-3044 | 203-944-3040 |

42125-003\DOCS_DE:112277.1